| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUFF, MARILYN L. | USDC, SOUTHERN DIST. OF CALIF. | 06/21/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR DISTRICT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

333 W. BROADWAY █████
SAN DIEGO, CA 92101

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 Note: Trust assets generally listed by (T) in Part VII |
| 2. Past President/Executive Committee/Board Member | Federal Judges Association |
| 3. Executive Committee | American Inns of Court Louis Welsh Chapter |
| 4. Board Member | ABTL--San Diego Chapter |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/19-12/19 | ▨ Lawyer Compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | 1/25/19-1/26/19 | Palo Alto, CA | Moot Court Judge | Travel, Food |
| 2. | Federal Judges Association | 4/15/19-4/16/19 | Dallas, TX | Board Meeting | Travel, Lodging, Food |
| 3. | LAIPLA | 4/2619-4/28/19 | Palos Verdes, CA | Speaker/Seminar | Travel, Lodging, Food |
| 4. | Stanford Law School | 10/4/19-10/5/19 | Palo Alto, CA | Speaker/Seminar | Travel, Food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Energy Transfer Partners (T) | A | Dividend | | | Sold | 12/30/19 | J | B | |
| 2. Suncoke Energy (T) | A | Dividend | | | Sold | 12/23/19 | J | C | |
| 3. Wells Fargo Accounts- ▓▓▓ (T) and I | A | Interest | O | T | | | | | |
| 4. 401k & Profit Sharing /IRA (R49)) | | | | | | | | | |
| 5. Sched of Assets & Transactions | | | | | | | | | |
| 6. Schwab Cash | A | Interest | L | T | | | | | |
| 7. Vanguard Total Intl Stock In/Adm | C | Dividend | M | T | Buy (add'l) | 09/11/19 | J | | |
| 8. Vanguard Total Intl Stock In/Adm | C | Dividend | | | Buy (add'l) | 10/08/19 | K | | |
| 9. Vanguard Total Intl Stock In/Adm | C | Dividend | | | Sold (part) | 06/24/19 | L | D | |
| 10. Vanguard Bond Ind Adm | E | Interest | O | T | Sold (part) | 12/16/19 | L | | |
| 11. Vanguard ST Bond Index Adm | E | Interest | O | T | Sold (part) | 01/08/19 | N | | |
| 12. Vanguard S&P 500 Ind Adm | E | Dividend | O | T | Buy (add'l) | 01/08/19 | M | | |
| 13. Vanguard Value Index Adm | C | Dividend | M | T | | | | | |
| 14. Vanguard Growth Index Adm | C | Dividend | N | T | | | | | |
| 15. Vanguard Sm. Cap Stock Value Adm | B | Dividend | M | T | Buy (add'l) | 01/08/19 | M | | |
| 16. Vanguard REIT Index Adm | C | Dividend | L | T | | | | | |
| 17. Dodge & Cox Intl. | | None | | | Sold | 01/29/19 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Intl. Growth Port. Adm | A | Dividend | | | Sold | 07/19/19 | L | E | |
| 19. Vanguard Windsor II Adm | B | Dividend | K | T | | | | | |
| 20. Vanguard Windsor II Adm | C | Distribution | K | T | | | | | |
| 21. Vanguard Sm.Value Ind. Adm | B | Dividend | | | Sold | 12/13/19 | L | F | |
| 22. I Shares MSCI EFTEm Mkts | B | Dividend | L | T | | | | | |
| 23. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 24. Vanguard Large Cap ETF | C | Dividend | | | Sold (part) | 01/28/19 | K | D | |
| 25. Vanguard Large Cap ETF | C | Dividend | | | Sold | 12/13/19 | N | G | |
| 26. Vanguard Infl. Prot. | C | Interest | M | T | | | | | |
| 27. Vanguard ST Infl Prot Adm | C | Interest | M | T | | | | | |
| 28. Pimco Low Duration | B | Interest | L | T | | | | | |
| 29. I Shares Micro Cap EFT | A | Dividend | L | T | | | | | |
| 30. Vanguard Emerging Mlts ETF | D | Interest | M | T | | | | | |
| 31. Vanguard ST Inv. Gr. Adm | E | Interest | O | T | Buy (add'l) | 07/19/19 | K | | |
| 32. Vanguard ST Inv. Gr. Adm | E | Interest | | | Sold (part) | 12/16/19 | L | | None |
| 33. Vanguard Emerg. Mkts. Adm | C | Dividend | M | T | | | | | |
| 34. DFA Large Cap Intl. | D | Dividend | N | T | Buy (add'l) | 08/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  DFA Large Cap Intl. | D | Dividend | | | Buy<br>(add'l) | 07/19/19 | K | | |
| 36.  DFA Large Cap Intl. | D | Dividend | | | Sold<br>(part) | 12/16/19 | K | A | |
| 37.  DFA US Large Comp 1 | B | Dividend | M | T | | | | | |
| 38.  DFA US Large Comp 1 | A | Distribution | M | T | | | | | |
| 39.  DFA US Small Cap 1 | A | Dividend | K | T | | | | | |
| 40.  DFA US Small Cap Value 1 | B | Distribution | L | T | Buy | 12/13/19 | L | | |
| 41.  DFA Two-Year Global 1 | C | Dividend | L | T | Buy<br>(add'l) | 06/24/19 | L | | |
| 42.  DFA 5 Year Global | A | Interest | K | T | Buy | 02/15/19 | K | | |
| 43.  Vanguard Int'l. Value Inv | C | Dividend | M | T | | | | | |
| 44.  Vanguard Sm FtSE Ex US ETF | B | Dividend | L | T | | | | | |
| 45.  END OF ASSETS IN IRA 401(k) IRA R49 | | | | | | | | | |
| 46.  Roth Contr.IRA-6 Schedule of Assets and Transactions | | | | | | | | | |
| 47.  Schwab Cash | A | Interest | J | T | | | | | |
| 48.  Vanguard 500 Index Adm | A | Dividend | L | T | | | | | |
| 49.  Vanguard Sm Cap Value Adm | A | Dividend | K | T | | | | | |
| 50.  Vanguard Total Intl. Adm | A | Dividend | K | T | | | | | |
| 51.  Vanguard REIT Ind. Adm | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA US Large Comp 1 | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 53. Schwab 1000 Index | A | Dividend | J | T | Buy | 06/13/19 | J | | |
| 54. | | | | | Buy (add'l) | 06/22/19 | J | | |
| 55. | | | | | Buy (add'l) | 07/23/19 | J | | |
| 56. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 57. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 58. | | | | | Sold (part) | 07/23/19 | J | A | |
| 59. End of Roth IRA 6 | | | | | | | | | |
| 60. IRA Am. Gen. (Western National) | B | Interest | K | T | | | | | |
| 61. Charles Schwab MH IRA See below | | | | | | | | | |
| 62. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 63. Marathon Petroleum | A | Dividend | K | T | | | | | |
| 64. Eli Lilly | A | Dividend | K | T | | | | | |
| 65. Vanguard Emerg. Govt ETF | B | Interest | K | T | | | | | |
| 66. Marathon (USX) Oil | A | Dividend | J | T | | | | | |
| 67. DFA 5 Yr. Global | A | Dividend | L | T | | | | | |
| 68. DFA U.S. Micro Cap | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | B | Distribution | | | | | | | |
| 70. DFA Int. Val. 1 | B | Dividend | L | T | | | | | |
| 71. DFA Int. Lg. Cap. Port. | B | Dividend | K | T | Buy (add'l) | 09/11/19 | J | | |
| 72. DFA Lg. Cap. Val. US | A | Dividend | K | T | | | | | |
| 73. | A | Distribution | | | | | | | |
| 74. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 75. DFA Int. Sm. Cap. Val. | A | Distribution | K | T | | | | | |
| 76. DFA Int. Small Cap | A | Dividend | K | T | | | | | |
| 77. Vanguard Int. Growth Ad | A | Dividend | K | T | | | | | |
| 78. Vanguard Growth Index Adm | B | Dividend | M | T | | | | | |
| 79. Schwab Cash- H | A | Interest | K | T | | | | | |
| 80. Home Depot | B | Dividend | K | T | | | | | |
| 81. Vanguard ST Infl. Prot | A | Interest | K | T | | | | | |
| 82. Vanguard Infl. | A | Interest | K | T | | | | | |
| 83. Vanguard Short Term Bd Adm | D | Interest | M | T | Buy (add'l) | 06/24/19 | J | | |
| 84. DFA Emerging Mkt. Core Eq | A | Dividend | K | T | | | | | |
| 85. Vanguard Ex. Mkt. Adm | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Vanguard ST Invest Adm | C | Interest | M | T | | | | | |
| 87. Vanguard Bond Mkt. Ind. Adm | C | Interest | M | T | | | | | |
| 88. DFA US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 89. DFA US Sm. Cap. Value | A | Distribution | K | T | | | | | |
| 90. DFA US Large Comp. | A | Dividend | L | T | Sold<br>(part) | 06/24/19 | L | F | |
| 91. DFA US Large Comp. | A | Distribution | M | T | | | | | |
| 92. DFA US Small Cap. | A | Dividend | K | T | | | | | |
| 93. DFA US Small Cap. | A | Distribution | K | T | | | | | |
| 94. DFA Real Estate | A | Dividend | K | T | | | | | |
| 95. | A | Distribution | | | | | | | |
| 96. DFA Intl. REIT | C | Dividend | L | T | | | | | |
| 97. Pimco Low Duration | B | Interest | K | T | | | | | |
| 98. DFA Two Yr. Global | D | Interest | M | T | | | | | |
| 99. Stone Ridge Reinsurance | B | Dividend | M | T | | | | | |
| 100. END OF ASSETS IN IRA-MH | | | | | | | | | |
| 101. Schwab Cal Muni Mut Fund | D | Interest | N | T | Buy<br>(add'l) | 03/12/19 | L | | |
| 102. | | | | | Buy<br>(add'l) | 07/17/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/08/19 | K | | |
| 104. | | | | | Buy (add'l) | 12/17/19 | M | | |
| 105. | | | | | Buy (add'l) | 12/19/19 | M | | |
| 106. Schwab Va;ue Adv. | B | Interest | L | T | Buy | 02/28/19 | L | | |
| 107. GCWF (A-E)Invest. Partners I | | None | J | T | | | | | |
| 108. GCWF (F-N)Invest Partners II | | None | J | T | | | | | |
| 109. DLA Piper Venture 2006 | | None | J | T | | | | | |
| 110. Onco Fluor, Inc. (Fluro Probe) (T) | | None | | | Closed | 12/31/19 | J | | |
| 111. Schwab BFT Assets (T) Listed Below | | | | | | | | | |
| 112. Cash (X) (T) | A | Interest | L | T | | | | | |
| 113. Vanguard CA Inst Adm (T) | C | Interest | M | T | | | | | |
| 114. Altria (T) | B | Dividend | K | T | | | | | |
| 115. Mondelez Int. (T) | A | Dividend | | | Sold | 12/20/19 | J | D | |
| 116. Avanos Med FKA Halyard Health (T) | | None | | | Sold | 08/08/19 | K | | None |
| 117. SPDR Dow Jones (DIA) Ind (T) | D | Dividend | N | T | Buy (add'l) | 12/03/19 | K | | |
| 118. DFA US Micro Cap Port (T) | A | Dividend | K | T | | | | | |
| 119. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  DFA US Small Cap P. (T) | A | Dividend | K | T | | | | | |
| 121.  DFA US Small Cap P. (T) | A | Distribution | K | T | | | | | |
| 122.  DFA Real Estate (T) | B | Dividend | L | T | | | | | |
| 123. | A | Distribution | | | | | | | |
| 124.  DFA Large Company 1 (T) | A | Dividend | K | T | | | | | |
| 125.  DFA Large Company 1 (T) | A | Distribution | K | T | | | | | |
| 126.  Mid Amer Apt. Cmntys (T) | B | Dividend | L | T | | | | | |
| 127.  DFA Intl. REIT (T) | B | Interest | K | T | | | | | |
| 128.  Vanguard Ind. ex US RE ETF (T) | B | Dividend | K | T | | | | | |
| 129.  Starbucks (T) | B | Dividend | M | T | | | | | |
| 130.  Cisco Systems (T) | A | Dividend | K | T | | | | | |
| 131.  Next Gen Healthcare FKA Quality Systems, Inc. (T) | | None | J | T | | | | | |
| 132.  Occidental Pet.(T) | B | Dividend | | | Sold | 12/20/19 | K | | None |
| 133.  Claymore Guggenhein Strat. (T) | E | Int./Div. | M | T | Buy (add'l) | 01/02/19 | J | | |
| 134.  Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 02/01/19 | J | | |
| 135.  Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 02/28/19 | J | | |
| 136.  Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy (add'l) | 03/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 138. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 04/26/19 | K | | |
| 139. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 140. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 05/14/19 | J | | |
| 141. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 142. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 143. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 144. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 08/08/19 | K | | |
| 145. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 09/03/19 | J | | |
| 146. Claymore Guggenhein Strat. (T) | D | Int./Div. | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 147. Claymore Guggenheim Strat. (T) | D | Int./Div. | M | T | Buy<br>(add'l) | 11/01/19 | J | | |
| 148. Claymore Guggenheim Strat. (T) | D | Int./Div. | M | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 149. Guggenhm Spinoff ETF (T) | A | Dividend | K | T | | | | | |
| 150. Guggenheim Shrt ETF | A | Dividend | K | T | Buy | 05/22/19 | K | | |
| 151. Pro Sh. S&P 500 ETF (T) | A | Dividend | K | T | | | | | |
| 152. Vanguard Intl. Growth FD Adm (T) | B | Dividend | L | T | | | | | |
| 153. Powershares S&P 400 Div. Arist (T) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  ISH Index/Core SP 500 ETF (T) | B | Dividend | M | T | Buy (add'l) | 05/14/19 | K | | |
| 155.  ISH Sel Div ETF | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 156.  ISH Index FD TR Msci/EAFE (T) | A | Dividend | J | T | | | | | |
| 157.  ISH S&P Mid Cap 400 (T) | C | Dividend | M | T | | | | | |
| 158.  ISH S&P Sm Cap 600 ETF (T) | A | Dividend | K | T | | | | | |
| 159.  ISH Trust/ Core High Div ETF (T) | B | Dividend | L | T | | | | | |
| 160.  RSB IRA/Schwab Rollover Morgan Stanley (ASSETS BELOW) 0 | | | | | | | | | |
| 161.  Cash (X) | A | Interest | J | T | Distributed (part) | 05/07/19 | J | | |
| 162.  Vanguard ST Infl. Prot. | A | Dividend | J | T | | | | | |
| 163.  Vanguard Total Bond Mkt. Adm | A | Interest | K | T | | | | | |
| 164.  DFA 2 yr. Glb. Fix Inc. | A | Interest | K | T | | | | | |
| 165.  DFA Intl. Real Estate 1 | A | Dividend | | | Sold | 05/06/19 | J | | None |
| 166.  Vanguard ST Bond Ind.Adm | A | Interest | J | T | | | | | |
| 167.  END OF ASSETS IN RSB IRA | | | | | | | | | |
| 168.  Vanguard Div. App. ETF | A | Dividend | K | T | | | | | |
| 169.  Power Shares QQQ Trl ETF (T) | C | Dividend | N | T | Buy (add'l) | 12/03/19 | K | | |
| 170.  Kimberly Clark (T) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Vanguard Windsor II Adm (T) | A | Dividend | K | T | | | | | |
| 172. Vanguard Windsor II Adm (T) | C | Distribution | K | T | | | | | |
| 173. USE Credit Union ▒▒▒▒ Accts | A | Interest | | | Closed | 12/13/19 | J | | |
| 174. Vanguard CA MM(T) | C | Interest | M | T | | | | | |
| 175. Cal Private Bancorp FKA Coronado First Bank SD Private Bank (T) | | None | M | T | | | | | |
| 176. Vanguard Life Strategy (T) | B | Dividend | M | T | | | | | |
| 177. Schwab US Lg Cap Value ETF | A | Dividend | J | T | | | | | |
| 178. Schwab US Div Eq ETF (T) | A | Dividend | K | T | | | | | |
| 179. Schwab US Lg Growth ETF | A | Dividend | J | T | | | | | |
| 180. Illumina (T) | | None | N | T | | | | | |
| 181. Becton Dickinson (T) | A | Dividend | | | Sold | 12/20/19 | J | C | |
| 182. SPDR S&P 500 ETF (T) | D | Dividend | N | T | | | | | |
| 183. SPDR S & P Div ETF | D | Dividend | N | T | Buy<br>(add'l) | 12/03/19 | K | | |
| 184. Philip Morris (T) | B | Dividend | K | T | | | | | |
| 185. Raytheon (T) | B | Dividend | L | T | | | | | |
| 186. Chase Accts./JP Morgan (T) | A | Interest | | | Closed | 06/24/19 | N | | |
| 187. CitiBank Accts (T) | A | Interest | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. US Bank (T) (SD Nat'l Bank ) (T) | A | Interest | N | T | | | | | |
| 189. Union Bank Acct (T) | | None | | | Closed | 12/19/19 | J | | |
| 190. Clorox (T) | C | Dividend | M | T | | | | | |
| 191. Andersons (T) | B | Dividend | | | Sold | 08/08/19 | K | | None |
| 192. Pepsico (T) | B | Dividend | L | T | | | | | |
| 193. Coca Cola (T) | B | Dividend | L | T | | | | | |
| 194. Cal. B & T Acct (T) | A | Interest | N | T | | | | | |
| 195. Stoneridge LM LLC (T) | D | Distribution | M | T | | | | | |
| 196. Anthology Division (T) | D | Distribution | N | T | Buy | 10/26/18 | N | | See note in Part VIII. |
| 197. Bonita Point (T) | | None | M | T | Buy | 11/21/19 | M | | |
| 198. Overton (T) | B | Distribution | M | T | | | | | |
| 199. Artesia Escondido(T) | D | Distribution | M | T | | | | | |
| 200. Whitson/Warwick Hillcrest(T) | B | Distribution | M | T | | | | | |
| 201. Sterling Apts (T) | D | Distribution | L | T | | | | | |
| 202. MMB Investments (T) | A | Distribution | K | T | | | | | |
| 203. American Express (T) | A | Dividend | K | T | | | | | |
| 204. Wal Mart (T) | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 205. Vanguard FTSE Dev Mkts ETF (T) | C | Dividend | L | T | | | | | |
| 206. PV Opportunity Fund III (T) | E | Distribution | L | T | | | | | |
| 207. PV Opportunity Fund IV (T) | E | Distribution | L | T | | | | | |
| 208. PV Opportunity Fund V (T) | E | Distribution | L | T | Buy (add'l) | 02/21/19 | K | | |
| 209. American Properties/Vista Point (T) | | None | | | Sold | 05/30/18 | M | G | See note in Part VIII. |
| 210. Barcelona 326 Juniper (T) | D | Distribution | L | T | | | | | See note in Part VIII. |
| 211. Schwab Gurtin List of Assets Below (T) | | | | | | | | | |
| 212. Schwab Cash/CA MM (T) | A | Interest | K | T | | | | | |
| 213. CA St. GO 39 (T) | B | Interest | | | Sold | 11/01/19 | K | | None |
| 214. CA St GO 38 (T) | B | Interest | | | Sold | 11/01/19 | K | | None |
| 215. CA St. GO 40 (T) | A | Interest | M | T | Buy | 09/12/19 | M | | |
| 216. Modesto CA IRR 37 U (T) | B | Interest | L | T | | | | | |
| 217. Chicago IL PK Dist 30 (T) | B | Interest | L | T | | | | | |
| 218. Chicago IL PK Dist 28 (T) | B | Interest | L | T | | | | | |
| 219. Chicago IL PK Dist 29 (T) | B | Interest | | | Redeemed | 11/15/18 | K | | See note in part Viii |
| 220. Chicago IL PK 16 1-1-26 (T) | B | Interest | L | T | | | | | |
| 221. Fresno CA 41 SCH (T) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  San Marino CA Rev 35 (T) | D | Interest | M | T | | | | | |
| 223.  San Bernadino CA Rev. 22 | A | Interest | | | Buy | 06/24/19 | M | | |
| 224.  San Bernadino CA Rev. 22 | A | Interest | | | Sold | 08/01/19 | M | | None |
| 225.  Swestern Cmty C GO 8-1-30 (T) | | None | L | T | | | | | |
| 226.  Dublin CA GO Sch 8-1-44 (T) | | None | L | T | | | | | |
| 227.  Miami-Dade FL Rev 7-1-42 5% | C | Interest | M | T | | | | | |
| 228.  Grossmont CA GO Sch 8-1-43 5% | D | Interest | M | T | | | | | |
| 229.  RIO CA Sch GO | C | Interest | M | T | Buy | 03/01/19 | M | | |
| 230.  San Jose CA Rev 6-1-37 5% | B | Interest | K | T | | | | | |
| 231.  LA CA Rev Arpts 5-15-40 5% | C | Interest | L | T | | | | | |
| 232.  Dallas/FW TX Rev 11-1-42 5% | B | Interest | K | T | | | | | |
| 233.  Dallas/FW TX Rev 11-1-42 5% | B | Interest | K | T | | | | | |
| 234.  Dallas/FW TX Rev 11-1-38 5% | B | Interest | K | T | | | | | |
| 235.  SF CA Rev 5-1-41 5% Call 5/1/26 | C | Interest | M | T | | | | | |
| 236.  SF CA Rev 8-1-41 5% Call 8/1/26 | C | Interest | M | T | | | | | |
| 237.  Golden State Tobc CA Rev 6-1-40 5% | D | Interest | M | T | | | | | |
| 238.  Golden State CA Rev 45 | C | Interest | M | T | Buy | 11/08/18 | J | | See note in Part VIII. |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. SD CA Rev 7-1-42 5% | B | Interest | K | T | | | | | |
| 240. LA CA Rev 5-15-41 5% | D | Interest | M | T | | | | | |
| 241. Hespiria CA Rev | B | Interest | K | T | | | | | |
| 242. Sacramento CA Rev 12-1-44 5% | C | Interest | M | T | | | | | |
| 243. Penn St Rev 12-1-43 5% | C | Interest | M | T | | | | | |
| 244. US Treas 9/12796VF# | A | Interest | | | Buy | 05/03/19 | M | | |
| 245. | | | | | Sold | 06/11/19 | M | | None |
| 246. US Treas. 912796VK2 | A | Interest | | | Buy | 06/11/19 | K | | |
| 247. | | | | | Sold | 07/09/19 | K | | None |
| 248. US Treas 912796VG1 | A | Interest | | | Buy | 06/18/19 | L | | |
| 249. | | | | | Sold | 06/24/19 | L | | |
| 250. US Treas 912796SEO | A | Interest | | | Buy | 08/01/19 | K | | |
| 251. | | | | | Sold | 08/22/19 | K | | |
| 252. US Treas 912796QV4 | A | Interest | | | Buy | 08/01/19 | M | | |
| 253. | | | | | Sold | 08/15/19 | M | | None |
| 254. US Treas 912796VS5 | A | Interest | | | Buy | 08/15/19 | M | | |
| 255. | | | | | Sold | 08/27/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  US Treas 912796VV8 | A | Interest | | | Buy | 08/22/19 | K | | |
| 257. | | | | | Sold | 09/12/19 | K | | None |
| 258.  US Treas 912796VU0 | A | Interest | | | Buy | 08/27/19 | M | | |
| 259. | | | | | Sold | 09/10/19 | M | | None |
| 260.  US Treas 912796VW6 | A | Interest | | | Buy | 09/10/19 | M | | |
| 261. | | | | | Sold | 09/12/19 | M | | None |
| 262.  US Treas 912796WA3 | A | Interest | | | Buy | 09/24/19 | K | | |
| 263. | | | | | Sold | 10/22/19 | K | | None |
| 264.  US Treas 912796WE5 | A | Interest | | | Buy | 10/22/19 | K | | |
| 265. | | | | | Sold | 11/19/19 | K | | None |
| 266.  US Treas 912796WG0 | A | Interest | | | Buy | 11/04/19 | L | | |
| 267. | | | | | Sold | 12/03/19 | L | | None |
| 268.  US Treas 912796WJ4 | A | Interest | | | Buy | 11/19/19 | K | | |
| 269. | | | | | Sold | 12/03/19 | K | | |
| 270.  US Treas 912796RT8 | A | Interest | K | T | Buy | 12/03/19 | K | | |
| 271.  US Treas 912796TA7 | A | Interest | K | T | Buy | 12/17/19 | K | | |
| 272.  END of Gurtin | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Schwab Hi Yld | A | Interest | J | T | | | | | |
| 274. RO IRA/Schwab Rollover Assets Below R45 | | | | | | | | | |
| 275. Schwab Bank MM Cash | A | Interest | J | T | Distributed (part) | 12/17/19 | K | | |
| 276. SPDR S & P Global Div ETF | A | Dividend | J | T | | | | | |
| 277. DFA Real Estate | A | Interest | K | T | | | | | |
| 278. | A | Distribution | K | T | | | | | |
| 279. SPDR 500 ETF | A | Dividend | J | T | | | | | |
| 280. SPDR DJIA ETF | B | Dividend | L | T | | | | | |
| 281. SPDR S&P Div ETF | A | Dividend | J | T | | | | | |
| 282. DFA US Large Co. Port 1 | A | Dividend | K | T | | | | | |
| 283. | A | Distribution | K | T | | | | | |
| 284. DFA Large Cap Infl. | B | Dividend | L | T | | | | | |
| 285. DFA US Sm Cap Port. | A | Dividend | K | T | Sold (part) | 12/16/19 | K | A | |
| 286. DFA US Sm Cap Port. | A | Distribution | K | T | | | | | |
| 287. Vanguard ST Bond Index Fund Adm | B | Interest | L | T | | | | | |
| 288. Vanguard ST Inv. Gr. Fund | B | Interest | L | T | | | | | |
| 289. Vanguard Total Intl. Stock Ind. | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 06/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. DFA US Sm Cap Val Port Inst. | A | Dividend | K | T | | | | | |
| 291. | A | Distribution | K | T | | | | | |
| 292. DFA Two Year Global | A | Dividend | K | T | Buy | 02/15/19 | K | | |
| 293. SEP IRA Schedule of Assets and Transactions | | | | | | | | | See note in Part VIII. |
| 294. Schwab Cash | A | Interest | J | T | Distributed | 01/28/19 | J | | See note in Part VIII. |
| 295. DFA 5 Year Global | C | Dividend | M | T | Distributed | 01/28/19 | K | | See note in Part VIII. |
| 296. DFA US Large Comp 1 | A | Dividend | J | T | Distributed | 01/28/19 | J | | See note in Part VIII. |
| 297. DFA Large Cap Intl. | A | Dividend | K | T | Distributed | 01/28/19 | K | | See note in Part VIII. |
| 298. DFA Large Cap Intl. | A | Dividend | K | T | Buy (add'l) | 10/08/19 | J | | |
| 299. End of Rolloever IRA and Merged SEP IRA | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HUFF, MARILYN L.** | 06/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 196- Anthology Division was purchased on 10/26/18 from proceeds of the sale of Enclave Lake Murray (line 200 2019 report.

2. Line 209- American Properties/Vista Point was sold in 2018 (Line 214 of the 2019 report.) The sale closed on 5/31/18.

3. Line 210- Barcelona 326 Juniper was not sold (Line 215 of the 2019 report. The sale should have been listed one line up for American Properties.

4. Line 238- Golden State CA Rev. This was purchased 11/08/18 and should have been on the 2019 report.

5. Lines 293 to 299- The SEP IRA was rolled over on 1/28/19 to the Rollover IRA on 274 and assets transferred on 1/28/19. These are listed as distributed to the Rollover IRA.

6. Line 219. This was redeemed with no gain on 11/15/18.

7. Line 25. This was sold in total on 12/13/19.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ MARILYN L. HUFF**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544